**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Marjory Unger, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Albany Medical Center, et al., ) | |
| ) | |
| Defendants ) | Civil Action No. 07-56 |
| ) | |
| AND ) | |
| ) | |
| Marissa Maderazo, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Vanguard Health Systems, et al., ) | |
| ) | |
| Defendants. ) | |

**Notice of Appearances**

The Clerk of Court will please enter the appearances of Andrew D. Roth and Robert M. Weinberg, of the law firm Bredhoff & Kaiser, PLLC, as counsel of record for the Service Employees International Union ("SEIU") in the above-captioned case.

Respectfully submitted,

   /s/
Robert M. Weinberg, Bar Number 85530
Andrew D. Roth, Bar Number 414038
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600
(fax) 202-842-1888
aroth@bredhoff.com;
rweinberg@bredhoff.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2007, I served the foregoing document via electronic mail to counsel the *Unger* and *Maderazo* cases:

| | |
|---|---|
| Allyson B. Baker | abaker@cmht.com |
| Ana M. Arrazola | aarrazola@lawdcm.com |
| April J. Tabor | atabor@mwe.com |
| Arnold Levin | alevin@lfsblaw.com |
| Brian M. Culnan | BCulnan@ICHR.com |
| Charles E. Schaffer | cschaffer@lfsblaw.com |
| Charles E. Tompkins, IV | ctompkins@cmht.com |
| Christopher M. Hapka | hapkacm@bipc.com |
| Daniel E. Gustafson | dgustafson@gustafsonleuk.com |
| Daniel J. Hurteau | DHurteau@nixonpeabody.com |
| David L. Hanselman, Jr. | dhanselman@mwe.com |
| David Marx | dmarx@mwe.com |
| David P. Dean | dpdean@jamhoff.com |
| Derick J. Rodgers | drodgers@lawdcm.com |
| Gordon L. Lang | glang@nixonpeabody.com |
| James H. Kizziar, Jr. | james.kizziar@bracewellgiuliani.com |
| Jason S. Kilene | jkilene@gustafsonleuk.com |
| John H. Bright | jbright@kellerrohrback.com |
| Joseph Casseb | jcasseb@goodelaw.com |
| Joseph M. Sellers | jsellers@cmht.com |
| Kimberly A. Kralowec | kkralowec@furth.com |
| Layne E. Kruse | lkruse@fulbright.com |
| Luke C. Kellogg | lkellogg@perrykellogg.com |
| Mark A. Griffin | mgriffin@kellerrohrback.com |
| Mark Thomas | Mark.Thomas@wilsonelser.com |
| Mary Joyce Carlson | mjcarlson@jamhoff.com |
| Michael D. Hausfeld | mhausfeld@cmht.com |
| Michael Lehmann | mplehmann@furth.com |
| Michael R. Shumaker | mrshumaker@jonesday.com |
| Nicholas J. D'Ambrosio, Jr. | dambron@bsk.com |
| Phillip A. Proger | paproger@jonesday.com |
| Raymond J. Farrow | rfarrow@kellerrohrback.com |
| Ricardo G. Cedillo | rcedillo@lawdcm.com |
| Richard L. Weisz | rweisz@hodgsonruss.com |
| Robert C. Jones | rcjones@jonesday.com |
| Robert Gilchrist Newman | rnewman@fulbright.com |
| Robert H. Iseman | riseman@icrh.com |
| Steven E. Bizar | bizarse@bipc.com |
| Thomas P. Dove | tdove@furth.com |
| Toby G. Singer | tgsinger@jonesday.com |

Wendelynne J. Newton                wendelynne.newton@bipc.com
William P. Butterfield              wbutterfield@cmht.com

                                      /s/
                                  Andrew D. Roth