### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORY UNGER,  )<br>              )<br>   Plaintiff,  )<br>              )<br>   v.         )<br>              )<br>ALBANY MEDICAL CENTER, *et al.*,  )<br>              )<br>   Defendants.  )<br>              )<br>   and        )  Case No. 07-MC-00056 (JDB)<br>              )<br>MARISSA MADERAZO, *et al.*  )<br>              )<br>   Plaintiffs,  )<br>              )<br>   v.         )<br>              )<br>VANGUARD HEALTH SYSTEMS, *et al.*,  )<br>              )<br>   Defendants.  )<br>              ) | |

### JOINT MOTION TO HOLD IN ABEYANCE MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE SERVICE EMPLOYEES INTERNATIONAL UNION

Counsel for Defendants and the SEIU have conducted additional meet-and-confer discussions in an effort to resolve the issues raised in Defendants' Motion to Compel. Accordingly, Defendants and the SEIU respectfully request that the Court hold the motion in abeyance for thirty (30) days to allow the parties to continue these discussions in hopes of resolving this matter without involvement by the Court. Prior to the expiration of the thirty (30) day period, Defendants will notify the Court of any outstanding issues that require the Court's intervention.

Dated: February 9, 2007                    Respectfully Submitted,

                                                  /s Michael R. Shumaker
Phillip A. Proger (D.C. Bar 929596)
Toby G. Singer (D.C. Bar 942524)
Michael R. Shumaker (D.C. Bar 434578)
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Defendants HCA, Inc. and Methodist Healthcare System of San Antonio Ltd. L.L.P.*
*in Maderazo v. Vanguard Health System*

*Attorneys for Defendant Seton Health System*
*in Unger v. Albany Medical Center*



                                                  /s Andrew D. Roth
Robert M. Weinberg, Esq.
Andrew D. Roth, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005

*Attorneys for the SEIU*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th of February, 2007, I served the above document via electronic mail to counsel in the *Unger* and *Maderazo* cases:

| | |
|---|---|
| Allyson B. Baker | abaker@cmht.com |
| Ana M. Arrazola | aarrazola@lawdcm.com |
| April J. Tabor | atabor@mwe.com |
| Arnold Levin | alevin@lfsblaw.com |
| Brian M. Culnan | BCulnan@ICRH.com |
| Charles E. Schaffer | cschaffer@!lfsblaw.com |
| Charles E. Tompkins, IV | ctompkins@cmht.com |
| Charles Schaffer | cschaffer@lfsblaw.com |
| Christopher M. Hapka | hapkacm@bipc.com |
| Daniel A. Small | dsmall@cmht.com |
| Daniel E. Gustafson | dgustafson@gustafsongluek.com |
| Daniel J. Hurteau | DHurteau@nixonpeabody.com |
| David L. Hanselman, Jr. | dhanselman@mwe.com |
| David Marx | dmarx@mwe.com |
| David P. Dean | dpdean@jamhoff.com |
| Derick J. Rodgers | drodgers@lawdcm.com |
| Gordon L. Lang | glang@nixonpeabody.com |
| James H. Kizziar, Jr. | james.kizziar@bracewellgiuliani.com |
| Jason S. Kilene | jkilene@gustafsongluek.com |
| John H. Bright | jbright@kellerrohrback.com |
| Joseph Casseb | jcasseb@goodelaw.com |
| Joseph M. Sellers | jsellers@cmht.com |
| Kimberly A. Kralowec | kkralowec@furth.com |
| Layne E. Kruse | lkruse@fulbright.com |
| Luke C. Kellogg | lkellogg@perrykellogg.com |
| Mark A. Griffin | mgriffin@kellerrohrback.com |
| Mark Thomas | Mark.Thomas@wilsonelser.com |
| Mary Joyce Carlson | mjcarlson@jamhoff.com |
| Michael D. Hausfeld | mhausfeld@cmht.com |
| Michael Lehmann | mplehmann@furth.com |
| Michael R. Shumaker | mrshumaker@jonesday.com |
| Nicholas J. D'Ambrosio, Jr. | dambron@bsk.com |
| Phillip A. Proger | paproger@jonesday.com |
| Raymond J. Farrow | rfarrow@kellerrohrback.com |
| Ricardo G. Cedillo | rcedillo@lawdcm.com |
| Richard L. Weisz | rweisz@hodgsonruss.com |
| Robert C. Jones | rcjones@jonesday.com |
| Robert Gilchrist Newman | rnewman@fulbright.com |
| Robert H. Iseman | riseman@icrh.com |
| Steven E. Bizar | bizarse@bipc.com |
| Thomas P. Dove | tdove@furth.com |

2

| Toby G. Singer | tgsinger@jonesday.com |
|---|---|
| Wendelynne J. Newton | wendelynne.newton@bipc.com |
| William P. Butterfield | wbutterfield@cmht.com |

     /s Michael R. Shumaker

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORY UNGER,<br><br>    Plaintiff,<br><br>v.<br><br>ALBANY MEDICAL CENTER, *et al.*,<br><br>    Defendants.<br><br>and<br><br>MARISSA MADERAZO, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>VANGUARD HEALTH SYSTEMS, *et al.*,<br><br>    Defendants. | Case No. 07-MC-00056 (JDB) |

## ORDER GRANTING JOINT MOTION TO HOLD IN ABEYANCE MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE SERVICE EMPLOYEES INTERNATIONAL UNION

Having considered the Joint Motion to Hold in Abeyance Motion to Compel Production of Documents from the Service Employees International Union, the Court hereby grants the Joint Motion. Defendants shall notify the Court of any outstanding issues that require the Court's intervention within thirty (30) days of the date of this Order.

Dated: _____, 2007

_____
United States District Judge

## PARTIES ENTITLED TO NOTIFICATION

The parties entitled to notification of this order include the following:

| | |
|---|---|
| Phillip A. Proger | Robert M. Weinberg, Esq. |
| Robert C. Jones | Andrew D. Roth, Esq. |
| Michael R. Shumaker | Bredhoff & Kaiser, P.L.L.C. |
| JONES DAY | 805 Fifteenth Street, N.W., Suite 1000 |
| 51 Louisiana Avenue, NW | Washington, D.C.  20005 |
| Washington, DC 20001-2113 | |
| Tel.: (202) 879-3939 | *Attorneys for the SEIU* |
| Fax: (202) 626-1700 | |

*Attorneys for HCA Inc. and Methodist Healthcare System of San Antonio, Ltd. L.L.P.*