# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORY UNGER, )<br>　　　　　　　　Plaintiff, )<br>　　　v. )<br>ALBANY MEDICAL CENTER, *et al.*, )<br>　　　　　　　　Defendants. )<br>　　　and )<br>MARISSA MADERAZO, *et al.* )<br>　　　　　　　　Plaintiffs, )<br>　　　v. )<br>VANGUARD HEALTH SYSTEMS, *et al.*, )<br>　　　　　　　　Defendants. ) | Case No. 07-MC-00056 (JDB) |

## WITHDRAWAL OF MOTION TO COMPEL

On February 1, 2007, Defendants HCA Inc., Methodist Healthcare System of San Antonio, Ltd. L.L.P., and Seton Health System (collectively, "Defendants") filed a Motion to Compel Production of Documents from the Service Employees International Union. On February 9, 2007, Defendants and the SEIU filed a joint motion to hold the motion to compel in abeyance while the parties continued meet-and-confer discussions. As a result of those discussion, the parties were able to substantially resolve many outstanding issues. Accordingly, Defendants hereby withdraw their Motion to Compel Production of Documents from the Service Employees International Union without prejudice.

Dated: March 12, 2007				Respectfully Submitted,


				___/s Michael R. Shumaker_____
				Phillip A. Proger (D.C. Bar 929596)
				Toby G. Singer (D.C. Bar 942524)
				Michael R. Shumaker (D.C. Bar 434578)
				JONES DAY
				51 Louisiana Ave., NW
				Washington, D.C. 20001-2113
				Tel: (202) 879-3939
				Fax: (202) 626-1700

				*Attorneys for Defendants HCA, Inc. and Methodist Healthcare System of San Antonio Ltd. L.L.P.*
				*in Maderazo v. Vanguard Health System*

				*Attorneys for Defendant Seton Health System*
				*in Unger v. Albany Medical Center*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th of March, 2007, I served the above document via electronic mail to counsel in the *Unger* and *Maderazo* cases:

| | |
|---|---|
| Allyson B. Baker | abaker@cmht.com |
| Ana M. Arrazola | aarrazola@lawdcm.com |
| April J. Tabor | atabor@mwe.com |
| Arnold Levin | alevin@lfsblaw.com |
| Brian M. Culnan | BCulnan@ICRH.com |
| Charles E. Schaffer | cschaffer@!lfsblaw.com |
| Charles E. Tompkins, IV | ctompkins@cmht.com |
| Charles Schaffer | cschaffer@lfsblaw.com |
| Christopher M. Hapka | hapkacm@bipc.com |
| Daniel A. Small | dsmall@cmht.com |
| Daniel E. Gustafson | dgustafson@gustafsongluek.com |
| Daniel J. Hurteau | DHurteau@nixonpeabody.com |
| David L. Hanselman, Jr. | dhanselman@mwe.com |
| David Marx | dmarx@mwe.com |
| David P. Dean | dpdean@jamhoff.com |
| Derick J. Rodgers | drodgers@lawdcm.com |
| Gordon L. Lang | glang@nixonpeabody.com |
| James H. Kizziar, Jr. | james.kizziar@bracewellgiuliani.com |
| Jason S. Kilene | jkilene@gustafsongluek.com |
| John H. Bright | jbright@kellerrohrback.com |
| Joseph Casseb | jcasseb@goodelaw.com |
| Joseph M. Sellers | jsellers@cmht.com |
| Kimberly A. Kralowec | kkralowec@furth.com |
| Layne E. Kruse | lkruse@fulbright.com |
| Luke C. Kellogg | lkellogg@perrykellogg.com |
| Mark A. Griffin | mgriffin@kellerrohrback.com |
| Mark Thomas | Mark.Thomas@wilsonelser.com |
| Mary Joyce Carlson | mjcarlson@jamhoff.com |
| Michael D. Hausfeld | mhausfeld@cmht.com |
| Michael Lehmann | mplehmann@furth.com |
| Michael R. Shumaker | mrshumaker@jonesday.com |
| Nicholas J. D'Ambrosio, Jr. | dambron@bsk.com |
| Phillip A. Proger | paproger@jonesday.com |
| Raymond J. Farrow | rfarrow@kellerrohrback.com |
| Ricardo G. Cedillo | rcedillo@lawdcm.com |
| Richard L. Weisz | rweisz@hodgsonruss.com |
| Robert C. Jones | rcjones@jonesday.com |
| Robert Gilchrist Newman | rnewman@fulbright.com |
| Robert H. Iseman | riseman@icrh.com |
| Steven E. Bizar | bizarse@bipc.com |
| Thomas P. Dove | tdove@furth.com |

2

| Toby G. Singer | tgsinger@jonesday.com |
| --- | --- |
| Wendelynne J. Newton | wendelynne.newton@bipc.com |
| William P. Butterfield | wbutterfield@cmht.com |

      I hereby certify that on the 12th of March, 2007, I served the above document via e-mail and first class mail to counsel for SEIU:

Robert M. Weinberg, Esq.
Andrew D. Roth, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, DC 20005

                                                _____/s Michael R. Shumaker_____